UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

EMMANUEL PALMER,

Plaintiff,

v.

RYAN ALLEN, et al.,

Defendants.

Case No. 14-cv-12247

UNITED STATES DISTRICT COURT JUDGE
GERSHWIN A. DRAIN

UNITED STATES MAGISTRATE JUDGE
DAVID R. GRAND

_____/

## VERDICT FORM

WE, the jury, make the following answers to the questions submitted by the court:

**QUESTION NO. 1:** Do you find by a preponderance of the evidence that Officer Ryan Allen used excessive force against Plaintiff?

Answer: __NO__ (yes or no)

**QUESTION NO. 2:** Do you find by a preponderance of the evidence that Officer Ryan Allen assaulted and battered Plaintiff?

Answer: __NO__ (yes or no)

**QUESTION NO. 3:** Do you find by a preponderance of the evidence that Officer Christoval Trevino used excessive force against Plaintiff?

Answer: __NO__ (yes or no)

**QUESTION NO. 4:** Do you find by a preponderance of the evidence that Officer Christoval Trevino assaulted and battered Plaintiff?

Answer: __NO__ (yes or no)

**QUESTION NO. 5:** Do you find by a preponderance of the evidence that Officer Christoval Trevino intentionally inflicted emotional distress on Plaintiff?

Answer: __NO__ (yes or no)

**If your answer is "no" to Questions Nos. 1 through 5, do not answer any further questions.**

**If your answer is "yes" to any of Questions Nos. 3 through 5, go to Question No. 6. If your answer is "yes" to only Question Nos. 1 or 2, go to Question No. 7.**

**QUESTION NO. 6:** Do you find by a preponderance of the evidence that Officer Christoval Trevino ethnically intimidated Plaintiff?

Answer: _____ (yes or no)

**QUESTION NO. 7:** Did Plaintiff sustain injury or damage?

Answer: _____ (yes or no)

**If your answer is "no," do not answer any further questions.**

**If you answer is "yes," go to Question No. 8.**

**QUESTION NO. 8:** If your answer to Question Nos. 1 or 2 is "yes," what is the total amount of Plaintiff's damages caused by Officer Ryan Allen's actions to the present date? Otherwise, go to Question No. 9.

$_____.00

**QUESTION NO. 9:** If your answer to Question Nos. 3, 4, 5 or 6 is "yes," what is the total amount of Plaintiff's damages caused by Officer Christoval Trevino's actions to the present date?

$_____.00

**QUESTION NO. 10:** If your answer to Question No. 1 is "yes," do you find by a preponderance of the evidence that Officer Ryan Allen acted maliciously or wantonly in violating Plaintiff Emanuel Palmer's rights?

Answer: _____ (yes or no)

**If your answer is "no," go to Question No. 13.**

**If you answer is "yes," go to Question No. 11.**

**QUESTION NO. 11:** Would you like to award Plaintiff Emanuel Palmer punitive damages to punish Officer Ryan Allen for his malicious or wanton violation of Plaintiff Emanuel Palmer's rights?

Answer: _____ (yes or no)

**If you answer is "no," go to Question No. 13.**

**If you answer is "yes," go to Question No. 12.**

4

**QUESTION NO. 12:** What amount of money would you like to award Plaintiff Emanuel Palmer in order to punish Officer Ryan Allen, if any?

$_____.00

**QUESTION NO. 13:** If your answer to Question No. 3 is "yes," do you find by a preponderance of the evidence that Officer Christoval Trevino acted maliciously or wantonly in violating Plaintiff Emanuel Palmer's rights?

Answer: _____(yes or no)

**If your answer is "no," do not answer any further questions.**

**If you answer is "yes," go to Question No. 14.**

**QUESTION NO. 14:** Would you like to award Plaintiff Emanuel Palmer punitive damages to punish Officer Christoval Trevino for his malicious or wanton violation of Plaintiff Emanuel Palmer's rights?

Answer: _____ (yes or no)

**If your answer is "no," do not answer any further questions.**

**If you answer is "yes," go to Question No. 15.**

**QUESTION NO. 15**:  What amount of money would you like to award Plaintiff Emanuel Palmer in order to punish Officer Christoval Trevino, if any?

$_____.00

Date: 2/14/17

<u>s/ Foreperson</u>
**Foreperson Signature**

In accordance with the Privacy Policy the verdict form with original signature has been filed under seal

6