-1-

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

EMMANUEL PALMER,

Plaintiff,

v.

RYAN ALLEN, et al.,

Defendants.
_____/

Case No. 14-cv-12247

UNITED STATES DISTRICT COURT JUDGE
GERSHWIN A. DRAIN

UNITED STATES MAGISTRATE JUDGE
DAVID R. GRAND

**JUDGMENT**

This action came before the Court for a trial by jury. The action was tried and the jury rendered its verdict in favor of Defendants. Therefore, Judgment will be entered for the Defendants.

**IT IS ORDERED** that the Plaintiff recover nothing and the action be dismissed on the merits.

Dated: February 22, 2017

/s/Gershwin A Drain
HON. GERSHWIN A. DRAIN
United States District Court Judge